**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MATTHEW MCNEVIN, | : | Civil No. 1:26-CV-00070 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SCI-HOUTZDALE PSYCHIATRY | : | |
| DEPARTMENT, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## **ORDER**

**AND NOW**, on this 11th day of May 2026, for the reasons set forth in the

accompanying memorandum, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this action to the
   United States District Court for the Western District of
   Pennsylvania.

2. The Clerk of Court is directed to then **CLOSE** this case.


s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania